## CERTIFICATE OF SERVICE

I, ___Tristan Manthey___ (name). certify that service of this summons and a copy of complaint was made ___February 1, 2019___ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

  Tammany Utilities
  Attn: Officer, Managing or General Agent
  P.O. Box 3500
  Covington, LA 70434

☐ Personal Service: By leaving the process with the following officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: ___2-7-2019___ Signature ___[signature]___

Print Name: ___Tristan Manthey___

Business Address: ___

**HELLER, DRAPER,
PATRICK, HORN & MANTHEY, L.L.C.
650 POYDRAS STREET STE. 2500
NEW ORLEANS, LA. 70130-6103**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: <br> LMCHH PCP LLC <br> **Debtor** <br> LMCHH PCP, LLC et al Plan Administrator <br> **Plaintiff** <br> vs. <br> Tammany Utilities <br> **Defendant** | Bankruptcy Case No.: 17-10353 <br> Chapter 11 <br><br> Adversary Proceeding No. 19-01058 |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Tammany Utilities

YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies must file a motion or answer to the complaint within 35 days.

**Address of Clerk:**
United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney (or plaintiff, if unrepresented):**
Tristan E. Manthey
Heller Draper Patrick Horn & Manthey LLC
650 Poydras Street
Suite 2500
New Orleans, LA 70130

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: January 31, 2019 /s/ Sheila Booth

Clerk of the Bankruptcy Court



HELLER, DRAPER,
PATRICK, HORN & MANTHEY, L.L.C.
650 POYDRAS STREET STE. 2500
NEW ORLEANS, LA. 70130-6103