IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | ) | **CHAPTER 11** |
| | ) | |
| **LMCHH PCP, LLC**[1] | ) | **Case No. 17-10353** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | **SECTION B** |
| | ) | |
| **LMCHH PCP, LLC *et al*, PLAN ADMINISTRATOR**[2] | ) | **Adversary No. 19-01058** |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **TAMMANY UTILITIES** | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE AND REQUEST FOR ENTRY OF**
**DEFAULT AGAINST TAMMANY UTILITIES**

NOW INTO COURT COMES Clifford A. Zucker, Plan Administrator for LMCHH PCP, LLC and Louisiana Medical Center and Heart Hospital, LLC (collectively, the "Debtors") (the "Plan Administrator" or "Plaintiff")[3], who, pursuant to Federal Rule of Civil Procedure 55(a) made applicable to these proceedings by Rule 7055 of the Federal Rules of Bankruptcy Procedure, hereby moves the Clerk to docket a Clerk's entry of default against defendant, Tammany Utilities. In support of this request, the Plaintiffs respectfully state as follows:

---

[1] The Debtors in these cases are LMCHH PCP, LLC (Bankr. Case No. 17-10353 -JAB) and Louisiana Medical Center and Heart Hospital, LLC (Case No. 17-10354 -JAB)). The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for the Debtors is 64030 Highway 434, Lacombe, LA 70445.

[2] In accordance with Section 5.6 of the Amended Joint Plan of Liquidation by LMCHH PCP LLC, Louisiana Medical Center and Heart Hospital, LLC and the Official Committee of Unsecured Creditors, as of August 1, 2017 (the "Amended Joint Plan") [ECF No. 470], Clifford A. Zucker of FTI has been designated as the Plan Administrator.

[3] Capitalized terms not defined herein shall have the same meaning as defined in the Amended Plan of Liquidation [Dkt. No. 290.]

{00369515-1}

1.   This adversary proceeding was initiated under Rule 7001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") [Dkt. No. 1].

2.   On January 30, 2019, the Plan Administrator filed the *Complaint to Avoid and Recover Avoidable Transfers* (the "Complaint") against Appriver, LLC (the "Default Defendant").

3.   On January 31, 2019, the Court issued the Summons in this adversary proceeding [Dkt. No. 2] (the "Summons"). On February 1, 2019, the Summons and the Complaint were served upon the Default Defendant and its Legal Department at the address provided on the St. Tammany Parish Government website [Dkt. Nos. 3 & 4] via First Class US Mail. *See Exhibit 1*.

4.   The Default Defendant is a branch of the St. Tammany Parish Government and, as such is not an infant or incompetent person.

5.   Pursuant to the Summons, the Default Defendant was Required to respond to the Complaint on or before March 3, 2019.

6.   Default Defendant failed to respond by March 3, 2019.

7.   More than 30 days have elapsed since the issuance and service of the Summons and the Default Defendant has failed to timely respond to the Complaint.

8.   This Court may take judicial notice of its docket and the lack of any response to the Complaint by the Default Defendant. Accordingly, the Plan Administrator asserts that the Clerk's entry of default against the Default Defendant is proper pursuant to Fed. R. Civ. P. 55(a) made applicable herein by Fed. R. Bankr. Proc. 7055.

{00369515-1}

**WHEREFORE**, the Plan Administrator, through undersigned counsel, requests the Clerk's entry of default against Tammany Utilities.

Dated, August 19, 2019

Respectfully submitted,

*/s/ Tristan E. Manthey*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Counsel for Plan Administrator for LMCHH PCP, LLC and Louisiana Medical Center and Heart Hospital, LLC**

**CERTIFICATE OF SERVICE**

I, Tristan Manthey, counsel for Clifford Zucker, the Plan Administrator, do hereby certify that I caused the above and foregoing *Notice and Request for Entry of Default Against Tammany Utilities* to be served upon the following via postage prepaid, first class U.S. Mail on August 19, 2019:

Tammany Utilities
Attn: Officer, Managing or General Agent
P.O. Box 3500
Covington, LA 70434

Tammany Utilities
c/o Deborah Spiess Henton, Esq.
PO Box 628
Covington, LA 70434

*/s/ Tristan E. Manthey*
Tristan E. Manthey

{00369515-1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| LMCHH PCP, LLC[1] | ) | Case No. 17-10353 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | SECTION B |
| | ) | |
| LMCHH PCP, LLC et al, PLAN ADMINISTRATOR[2] | ) ) | Adversary No. 19-01058 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TAMMANY UTILITIES | ) | |
| | ) | |
| Defendant | ) | |

**AFFIDAVIT OF TRISTAN E. MANTHEY IN SUPPORT OF
<u>ENTRY OF DEFAULT AGAINST TAMMNY UTILITIES</u>**

I, Tristan E. Manthey, being first duly sworn state and aver as follows:

1. I am the attorney for plaintiff, Clifford A. Zucker, Plan Administrator in the above captioned cases.

2. A copy of the summons and complaint was served on defendant, Tammany Utilities and its legal department on February 1, 2019, and the return of service is on file in this adversary proceeding. [Dkt. Nos. 3 & 4].

---

[1] The Debtors in these cases are LMCHH PCP, LLC (Bankr. Case No. 17-10353 -JAB) and Louisiana Medical Center and Heart Hospital, LLC (Case No. 17-10354 -JAB)). The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for the Debtors is 64030 Highway 434, Lacombe, LA 70445.

[2] In accordance with Section 5.6 of the Amended Joint Plan of Liquidation by LMCHH PCP LLC, Louisiana Medical Center and Heart Hospital, LLC and the Official Committee of Unsecured Creditors, as of August 1, 2017 (the "Amended Joint Plan") [ECF No. 470], Clifford A. Zucker of FTI has been designated as the Plan Administrator.

{00369529-1}

3. On April 30, 2019, after not receiving any response from defendant, I sent a letter to defendant requesting that the defendant file a responsive pleading within ten days of said letter or risk default.

4. Defendant has not answered or otherwise appeared in this action, and the time within which defendant may appear has expired.

Signed, this 19th day of August, 2019.

_____
TRISTAN E. MANTHEY
Attorney for Plan Administrator

Duly sworn and subscribed to before me, Notary Public, this 19th day of September, 2019.

_____

MICHAEL LANDIS
Notary Public
La. Bar Roll No. 36542
Parish of Orleans, State of Louisiana
My commission is issued for life

{00369529-1}