# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re:  **Bankruptcy Case No.:** 17–10353
LMCHH PCP LLC  **Chapter** 11   **Section** B
**Debtor**
LMCHH PCP, LLC et al Plan Administrator
**Plaintiff**
 vs.  **Adversary Proceeding No.** 19–01058
Tammany Utilities
**Defendant**

## ENTRY OF DEFAULT

A review of the record and the docket sheet shows that, Tammany Utilities, has failed to file an answer or otherwise defend this case.

Accordingly, default is entered against this defendant as authorized by Bankruptcy Rule 7055.

New Orleans, Louisiana, August 20, 2019

                                Sheila Booth
                                Clerk of Court

                                By:

                                _____
                                Allen McIlwain
                                Deputy Clerk